UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

LISA L. MINOR,

      Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

      Defendants.
────────────────────────────────

25-cv-9768 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The parties are directed to appear by telephone for a conference in connection with defendants' anticipated motion to dismiss on **Monday, March 18, 2026, at 4:00 p.m.** The defendants are directed to serve this order on the plaintiff by **Monday, March 16, 2026** and to file proof of service on the docket by **Tuesday, March 17, 2026.**

  Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:  New York, New York
    March 13, 2026

            _____
              John G. Koeltl
           United States District Judge