UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA L. MINOR,

                    **Plaintiff,**

      - against -

CITY OF NEW YORK, ET AL.,

                    **Defendants.**

---

**25-cv-9768 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the plaintiff, Ms. Minor, to file an amended complaint was originally April 17, 2026. ECF No. 12. On April 15, 2026, the Court extended the time for Ms. Minor to file an amended complaint until June 17, 2026. ECF No. 14. To date, Ms. Minor has failed to amend her complaint. The time for Ms. Minor to file an amended complaint is extended until **July 10, 2026**, though she is not required to amend. If she does not amend her complaint by that date, this action will proceed on the original complaint.

The Clerk is respectfully directed to mail a copy of this Order to Ms. Minor and to note mailing on the docket.

SO ORDERED.

Dated:     New York, New York
           June 26, 2026

                           John G. Koeltl
                   United States District Judge