UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LISA L. MINOR,**

**Plaintiff,**

**- against -**

**CITY OF NEW YORK, ET AL.,**

**Defendants.**

**25-cv-9768 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the plaintiff, Lisa Minor, to file an amended complaint was originally April 17, 2026. ECF No. 12. On April 15, 2026, the Court extended the time for Ms. Minor to file an amended complaint until June 17, 2026. ECF No. 14. On June 26, 2026, the Court again extended, nunc pro tunc, the time for Ms. Minor to file an amended complaint until July 10, 2026. ECF No. 15. The Court noted, however, that Ms. Minor was not required to amend, and that if she elected not to do so by July 10, 2026, "this action will proceed on the original complaint." Id. Ms. Minor did not amend her complaint by July 10, 2026. Therefore, the defendants shall answer or otherwise respond to the original complaint by **August 3, 2026**.

The Clerk is respectfully directed to mail a copy of this Order to Ms. Minor and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 13, 2026**

**John G. Koeltl**
**United States District Judge**