**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LISA L. MINOR,**

**Plaintiff,**

**- against -**

**CITY OF NEW YORK, ET AL.,**

**Defendants.**

**25-cv-9768 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff's time to respond to the motion to dismiss is extended to **September 9, 2026.** The defendants' time to reply is **September 21, 2026.** The Clerk is instructed to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**August 27, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**