UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA L. MINOR

Plaintiff,

- against -

CITY OF NEW YORK, ET AL,

Defendants.

25-cv-9768 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On August 3, 2026, the defendants moved to dismiss. ECF No. 17. Pursuant to Local Civil Rule 6.1, the time to file a response to that motion was August 17, 2026. On August 27, 2026, the Court extended the plaintiff's time to respond to the motion to September 9, 2026. ECF No. 21. No response has been filed.

The plaintiff's time to respond to the motion to dismiss is now extended to **September 30, 2026**. The defendant's time to reply is **October 13, 2026**. If the plaintiff does not respond by that date, the motion will be decided on the current papers.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
September 11, 2026

John G. Koeltl
United States District Judge