**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

LISA M. MINOR,

Plaintiff,

-against-

25 **CIVIL** 9768 (JGK)

**JUDGMENT**

CITY OF NEW YORK, ET AL.,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 20, 2026, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss is granted. All claims against DOC are dismissed. The plaintiffs remaining claims under 42 U.S.C. § 1983 are dismissed. The Court declines to exercise supplemental jurisdiction over the plaintiffs state law claims against the remaining defendants, and those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**